UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PETER J. POLINSKI, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:24-CV-3267-X-BT |
| AVONDALE PREMIER | § | |
| COLLECTION, and PREMIERE | § | |
| CAR COLLECTION, *an Avondale* | § | |
| *Dealership*, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 30). Plaintiff Peter J. Polinski filed an emergency motion for reconsideration and emergency objection, which the Court collectively construes as an objection. (Docs. 32, 33). Polinski's objections are rooted in his continued assertion that the findings, conclusions, and recommendations are based on clear legal error; result in manifest injustice; and deprive him of his due process rights.

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation

1

of the United States Magistrate Judge.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, and by separate judgment, the Polinski's Amended Complaint, (Doc. 13), will be **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b) for failure to state a claim upon which relief may be granted.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge**,** the Court **DECLARES** Peter J. Polinski a vexatious litigant and **ORDERS** Peter J. Polinski to seek leave of court by motion before filing any additional lawsuits in the Northern District of Texas.

**IT IS SO ORDERED** this 7th day of January, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE